AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
WESTERN District of TEXAS

| | |
|---|---|
| United States of America<br>v.<br><br>MARK RYAN HAUSER<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.  SA-21-MJ- D10712<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 17 & August 12, 2021  in the county of  BEXAR  in the
WESTERN  District of  TEXAS  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922 (g)(1) | FELON IN POSSESSION OF A FIREARM |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

HANS C MOMBERGER   Digitally signed by HANS C MOMBERGER
Date: 2021.09.21 12:26:24 -05'00'
_____
_Complainant's signature_

Hans C. Momberger, Task Force Officer, FBI
_Printed name and title_

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  9/21/2021

_____
_Judge's signature_

City and state:  San Antonio, Texas

Henry J. Bemporad, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

## AFFADAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AGAINST MARK RYAN HAUSER

I, Hans Momberger, being duly sworn, do hereby state as follows:

1.      I am employed as a U.S. Immigration and Customs Enforcement officer and am currently assigned as a Task Force Officer with the Federal Bureau of Investigation (FBI), duly appointed according to law, and acting as such, and have been assigned to the FBI since October 2016. I am currently assigned to the San Antonio Division, Joint Terrorism Task Force (JTTF), investigating domestic terrorism and other threat related matters. Since becoming a Task Force Officer, I have participated in several criminal and domestic terrorism investigations involving criminal matters and domestic terrorism organizations with an ideology towards Racially Motivated Violent Extremism (RMVE), Anti-Government Extremists, and other threat related matters. I have conducted or participated in physical and electronic surveillance techniques including execution of arrest and search warrants. I have been a federal law enforcement officer since September 2, 1997.

2.      I am familiar with the circumstances of the offenses described in this affidavit through a combination of personal knowledge of the facts; discussion with other law enforcement officials; and other investigative activities conducted and investigative materials obtained during the investigation. The information contained in this affidavit is a compilation of information developed during an investigation conducted by me and other members of the San Antonio FBI JTTF. This affidavit does not include all facts known to me, but rather contains facts sufficient to support the issuance of an arrest warrant.

3.     I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for Mark Ryan Hauser for violation of Title 18 United States Code, Section 922 (g)(1) Felon in Possession of a Firearm.

## STATEMENT OF FACTS

4.     The United States, including the FBI, is conducting a criminal investigation of Mark Ryan Hauser (hereafter Hauser) regarding possible violations of, among others, statutes related to illegal possession and manufacture of firearms.

5.     Law enforcement derived some of the facts relevant to this investigation by observing communications on a smart-phone application called "Signal," which communications were provided by confidential sources. Signal is an encrypted instant messaging service through which users can send one-to-one and group messages, including files, voice notes, images, and videos.  Signal can also be used to make one-to-one and group voice and video calls.  Signal uses standard cellular telephone numbers as identifiers and secures all communications to other Signal users with end-to-end encryption.

6.     On May 24, 2021, a human source (hereafter Source 1) reported that a Signal account "Kangaroonicorn Shaman Warlord," associated with phone number 210-514-3553, claimed, in a Signal chat group "Redacted Revolution," to sell "3d printed lowers and auto sears." As described below, I have determined this account belongs to Hauser. Using this account, Hauser claimed to be a felon that "no one will hire."

7.     I know from my training and experience that "3d printed" in this context refers to the manufacturing of tangible items using specialized devices known as "3D printers" that deposit thin layers upon layers of material (such as plastics, rubbers, or composites) to create larger item in accordance with specifications provided by specialized software that tells the printer how to

2

convert 3-dimensional digital designs into the intended item using the layers upon layers of materials. "Lowers" in this context refers to parts of a firearm, often the part that sits below the barrel and other metal components associated with chamber and firing mechanisms. "Auto sears" are firearm-components for converting semi-automatic firearms to fully automatic fire. I also know that Hauser is, in fact, a convicted felon.

8.      FBI San Antonio conducted database checks on phone number 210-514-3553. Per commercial records, Hauser with a residence in Helotes, Texas 78023 and a residence in San Antonio, Texas 78245, were associated with 210-514-3553. On two occasions, Hauser used 210-514-3553 to report criminal activity to the San Antonio Police Department (SAPD). Hauser provided the San Antonio, Texas address on both occasions. As a result of connecting Hauser with the phone number 210-514-3553, coupled with the statements in the Signal chat group by the user that he was a convicted felon who resided in Texas, I determined that the online accounts and usernames described above "Kangaroonicorn Shaman Warlord," with the phone number 210-514-3553, belonged to Hauser.

9.      FBI San Antonio conducted checks of Texas Department of Public Safety (DPS) driver's license records and located a Texas driver's license record for Mark Ryan Hauser, residing at the same San Antonio, Texas address mentioned above. The Texas driver's license photo for Mark Ryan Hauser is attached:



10.     Hauser has three prior felony convictions in the state of Texas, including:

a.  September 17, 2012, convicted of POSS CS PG 1 < 1G, a state jail felony and sentenced to six (6) months confinement in Travis County, Texas court case number D-1-DC-11-203823.

b.  On January 9, 2013, convicted of THEFT PROPERTY >=$1500 < $20K, sentenced

3

to two (2) years confinement (suspended) and five (5) years' probation in Hays County, Texas case number CR-12-0504.

c. On or about January 4, 2018, convicted of "FORGERY-ELDERLY VICTIM" in violation of section 32.21 Texas Penal Code, sentenced to two (2) years confinement (suspended) and two years community supervision (probation) in Bexar County, Texas case number 2015-CR-9824.

11.     On June 10, 2021, Source 1 told me Hauser, with the phone number 210-514-3553, had recently changed his Signal username to "Kangaroonicorn aka Gray Death." On June 11, 2021, Source 1 provided a screen shot from a Signal chat group titled "Fish Will Bring Unity" showing user "Kangaroonicorn aka Gray Death" changed his username to "Kangaroonicorn Dyrehundila."

12.     On June 14, 2021, Source 1 provided screen shots from the Signal chat group "all feds and 1 tankie" showing user "Kangaroonicorn Dyrehundila" (Hauser) posted two photos of what appeared to be a .45 caliber Springfield Armory Incorporated (SAI) model XD-S semi-automatic pistol with tan grip tape. The pistol in the photo is marked "Made in Croatia." A redacted copy of the screenshot is attached.



13.     In the second screenshot provided by Source 1, Hauser stated, "I have a 6 round mag," "I printed this baseplate" (referring to 3d printing the baseplate of the magazine inserted in the pistol), "The 6 round is in my pocket". A redacted copy of the screenshot is attached.

14.     On Tuesday, June 15, 2021 a human source (hereafter Source 3) provided screenshots from the Signal chat group titled "all feds and 1 tankie" showing posts by Hauser under username Kangaroonicorn Dyrehundila. Hauser's posts included :

4

a. At 4:50 p.m. "I keep that thang on me" referencing carrying a pistol on his person and "I gotta chopper in the car" referencing keeping an assault rifle in his vehicle.

b. At 6:35 p.m. "I enjoy long stints in nature, playing guitar, smoking weed, making stuff. I have an AR and a 45, a son and 3 guard dogs that would piss themselves if called upon for duty"

c. At 8:00 p.m. Hauser posted a photo of himself posing with an AR-15 rifle with tan furniture and a pistol. The photo (attached) appears to have been taken in a mirror because the images of the firearms are reversed in the photo.

15.    On June 28, 2021, Source 3 met Hauser in a public place in San Antonio, Texas. I observed the meeting and listened to live audio of the meeting, but did not record the audio.  Hauser drove a 2017 Mitsubishi Mirage hatchback from the San Antonio, Texas residence referenced in paragraph 8 to the meeting.  Hauser told Source 3 he had an AR-15 rifle with enough ammunition to fill three magazines and agreed to meet Source 3 at a public shooting range soon.  Hauser told Source 3 he was interested in 3D printing and owned a 3D printer but did not elaborate further.

16.    I confirmed that the person at the meeting with Source 3 is the same person who appears in the pictures described in paragraphs 9 and 14c.

17.    On June 20, 2021, Source 3 informed me that Hauser changed his Signal username to "Kangaroonicorn Mayo Monkey."

5

18.     On or about July 9, 2021, Hauser sent Source 3 a photo (attached) of an AR-15 lower receiver with a white plastic Drop In Auto Sear (DIAS) installed followed by several comments including "Full auto stuff."



19.     On July 13, 2021, Source 3 met Hauser in a public place in San Antonio, Texas. I observed the meeting and listened to live audio of the meeting. The audio was also recorded. Immediately prior to the meeting, Hauser provided Source 3 access to Hauser's Facebook account, "Kangaroonicon Heisrisen" as an alternate means of communication. During the meeting Hauser and Source 3 agreed to go to a public shooting range in San Antonio, Texas on July 17, 2021. Hauser stated he wanted to test fire his AR-15 with the DIAS installed to see if it would fire as a fully automatic weapon.

20.     Hauser also told Source 3 he was carrying a .45 caliber pistol concealed on his person and that the pistol was fully loaded including a round in the chamber. After the public meeting concluded Hauser and Source 3 went to Hauser's car for privacy. Hauser was carrying the pistol in a right-side position on his waist. Hauser unloaded the pistol and let Source 3 handle it. Source 3 could be heard on live audio describing the pistol as a "Springfield XDS .45." After Source 3 handed the pistol back, Hauser reloaded it. Hauser told Source 3 he had 3D printed a base plate for one of the pistol's magazines. Hauser also showed Source 3 a photo of Hauser's AR-15 rifle.

21.     Source 3 reported that Hauser's Springfield XDS .45 pistol had tan grip tape like that seen in the photos Hauser had posted on Signal (see paragraph 12); the photo of the AR-15 Hauser showed Source 3 had tan stock, handguards, and pistol grip; Hauser was supposed to bring both the Springfield XDS .45 pistol and the AR-15 rifle to the public gun range on July 17, 2021.

6

22.     On July 17, 2021, Hauser and Source 3 met at a public shooting range in San Antonio, Texas. I observed the meeting between Source 3 and Hauser and listened to live audio of the meeting. Prior to the meeting, FBI personnel observed Hauser exit the San Antonio, Texas residence referenced in paragraph 8 carrying a bag, possibly a duffle bag, place the bag into the 2017 Mitsubishi Mirage hatchback, and drive the car to the range meeting.

23.     When Hauser and Source 3 checked in at the public gun range, Hauser provided a copy of his Texas non-driver ID card and signed a Release, Waiver and Indemnity Agreement. On the agreement Hauser identified himself as Mark Hauser, and among other information the phone number 210-514-3553. Hauser and Source 3 were assigned a private shooting bay. In addition to the audio and video recorded by the FBI, the range has its own video security cameras. The range manager subsequently provided the FBI with the range's security video of the meeting and a copy of the paperwork Hauser completed.

24.     At the assigned private bay, Hauser stated he previously had a S&W M&P-15 22, .22 caliber rifle which he purchased for $300 and recently sold for $600 but he did not provide a time frame for these events.

25.     Hauser brought a Springfield Armory Inc Model XDS .45 caliber pistol, which he wore on his person, an M4 carbine style AR-15 rifle, which was in a hard plastic rifle case previously stored in the car and the duffle bag that Hauser was observed placing in the car at 710 Sanderling. Source 3 observed ammunition in the duffle bag. Hauser brought the ammunition for both of his firearms. Hauser shot both firearms in the presence of Source 3 and Hauser allowed Source 3 to shoot the XDS .45 using Hauser's ammunition. According to Source 3, Hauser's AR-15 rifle had runic or Norse designs laser engraved onto the left and right sides of the magazine well. Hauser told Source 3 he had both the magazine well markings and his name, Mark Ryan

7

Hauser, laser engraved onto the rifle with his name depicted in runic letters. Hauser stated he had built the rifle himself using a parts kit from Palmetto State Armory (PSA).

26.     Hauser asked Source 3 to take video of Hauser shooting Hauser's AR-15 rifle using one of Hauser's phones. Hauser subsequently posted this video on July 17, 2021, to his "Kangaroonicon Heisrisen" Facebook account. While Hauser's Facebook account was not open to the public, Hauser had previously given Source 3 access to his Facebook account. (see paragraph 19)   Source 3, using Source 3's phone,  subsequently showed the video to other FBI personnel and myself. I was able to record this video from Source 3's phone. A screenshot from the video, showing Hauser with his AR-15 is attached.

27.     At the range, Hauser opened the storage compartment in the pistol grip of his AR-15 and took out a white plastic 3D printed DIAS matching the photo he previously sent Source 3. Hauser handed the DIAS to source 3 to examine. Hauser stated he wanted to install the DIAS in his AR-15 and test fire it in fully automatic. Source 3 tried to dissuade Hauser because the sounds of fully automatic fire would attract attention. Nevertheless, Hauser installed the DIAS into his AR-15 and loaded a magazine with only two rounds as a compromise. Hauser attempted to shoot his AR-15 with the DIAS installed but the AR-15 malfunctioned after the first round.

28.     Hauser and Source 3 finished shooting. As they walked to the range office to check out, they discussed Hauser's legal status regarding firearms. Hauser said, "It's illegal for me to even hold one" and "by all technicalities I should not even be around them."

29.     Hauser also told Source 3 he had created a new publicly viewable Twitter account. Hauser provided Source 3 the username for the account.   Source 3 provided me with this information. On July 18, 2021, I reviewed Hauser's new, publicly accessible Twitter account.

8

30.     The profile photo for the Twitter account was a photo of Hauser with a cigarette in his mouth and a black band across his eyes which read "Redacted." The banner photo was a photo of Hauser's AR-15 rifle and Springfield XDS .45 pistol with Hibiscus flowers.

31.     On or about July 22, 2021, Source 1 reported Hauser posted in a Signal Chat group regarding selling his AR-15 rifle "I'm about to sell my PSA AR-15 for $800." A redacted copy of Hauser's post is attached.



32.     On July 26, 2021, I conducted a review of Hauser's publicly accessible Twitter account and discovered that on July 23, 2021, Hauser posted "I'm about to sell my PSA AR-15 for $800."

33.     On or about July 29, 2021, Source 3 contacted Hauser and learned Hauser still had the rifle, and confirmed Hauser wanted to sell it for $800.

34.     On August 9, 2021, Source 3 told Hauser that Source 3 knew of a buyer for Hauser's rifle. Hauser agreed to meet Source 3 and the buyer – an FBI undercover employee (UCE 1) in San Antonio Texas on August 12, 2021, to sell the rifle.

35.     On August 12, 2021, Source 3, UCE 1 and another FBI undercover employee (UCE 2) met Hauser in a public place in San Antonio, Texas. I observed the meeting and listened to live audio of the meeting.  The audio was also recorded.

36.     The UCEs, Source 3, and Hauser discussed firearms and 3D printing. The UCEs told Hauser they were interested in purchasing his AR-15 rifle and other firearms or related items if there was no paperwork. In addition to his AR-15 rifle, Hauser offered to sell the UCEs a 3D printed AR-15 lower receiver. Hauser stated the 3D printed AR-15 lower receiver was complete,

9

but he did not have it with him. The UCE's said they would consider buying it when they returned in a few weeks.

37.     After some price negotiations, Hauser sold his AR-15 rifle to the UCEs for $800. Hauser asked for electronic payment but the UCE's paid in cash. Hauser offered to 3D print a firearm suppressor and sell it to the UCEs when they returned to San Antonio in a few weeks. Hauser asked for an additional $35 in advance for materials needed to build the suppressor. The UCEs provided the $35 to Hauser.

38.     The UCEs provided the AR-15 rifle to the FBI following the meeting with Hauser. The rifle had the previously mentioned laser engravings on the left and right sides of the magazine well and laser engraved runic writing on the left side of the upper receiver. I also noticed the factory markings on the lower receiver showed it was an American Tactical brand "Mil Sport" made in Summerville, South Carolina, bearing serial number MSA010756.

39.     During his June 15, 2021, Signal chat postings, Hauser mentioned a Federal Firearms Licensed (FFL) business in Helotes, Texas. I went to the FFL business in Helotes, Texas to inquire about the AR-15 lower receiver, serial number MSA010756 sold to the UCEs on August 12, 2021. A representative of the FFL business advised they sold MSA010756 to a female subsequently identified as Hauser's mother. HTF provided a copy of the BATFE Form 4473 documenting the sale.

40.     On August 27, 2021, Hauser told Source 3 he had constructed a caliber .300 Black Out (blk) AR-15 firearm using a complete short barreled upper receiver Hauser purchased and a lower receiver and brace that Hauser 3D printed. Hauser sent Source 3 photos of this AR-15 firearm. In the accompanying message Hauser made a statement concerning another lower receiver he was awaiting delivery on. Source 3 advised me that Hauser had ordered another factory

10

produced AR-15 lower receiver online from PSA. Source 3 believed Hauser had the PSA lower receiver sent to the same firearms dealer in Helotes, Texas.

41.     On or about August 29, 2021, Hauser messaged Source 3 about 3D printing the suppressor to sell to the UCEs stating "Hey bro I'm getting some pla+ so I'll have that suppressor ready for them! Please tell them to text me again."

42.     Based on Hauser's messages described in paragraph 40 I went to the FFL business in Helotes, Texas on August 27, 2021. The FFL business representative confirmed they had received a complete PSA AR-15 rifle lower receiver, serial number SCD404256 for transfer to Hauser's mother.

43.     Based on Hauser's statements described above in paragraph 25, I also asked the FFL business representative to conduct a business records check for other sales to Hauser's mother. The FFL business records reflected that on January 24, 2019, Hauser's mother purchased a S&W model M&P 15-22 .22 caliber rifle serial number DFK4553. I obtained a copy of the BATFE Form 4473 documenting the sale.

44.     On September 7, 2021, Hauser sent Source 3 a photo of the 3D printed firearm suppressor described in paragraph 41. The muzzle end cap of the suppressor was marked "Shush Puppy." I am aware that the "Shush Puppy" is a home-built firearm suppressor, the major components of which are 3D printed from open-source files available on the Internet.

11

45. On September 7, 2021, I conducted a review of Hauser's publicly accessible Twitter and found that on August 1, 2021, Hauser posted a photo of a computer file titled "ShushPuppyPackage.Zip."

46. On September 3, 2021, Hauser posted among other comments, "Jokes on you. I don't even have a driver's license Plus I'm a felon And I drive with 2 loaded firearms And I never stop smoking weed Feel free to eat my ass." (see attached)



47. On September 15, 2021, I conducted inquiries regarding the American Tactical incorporated (AT) MIL SPORT AR-15 receiver bearing serial number MSA010756 purchased from Hauser by the UCEs on August 12, 2021 and the Springfield Armory Inc (SAI) model XDS pistol, serial number unknown possessed by Hauser on July 13 and 17, 2021 for purposes of determining their classification under Title 18 U.S.C., Chapter 44 and to ascertain whether or not they have moved in interstate or foreign commerce. Based upon review of the descriptive information of the firearms detailed above, I contacted AT who advised that AT manufactured the MILSPORT AR-15 receiver at their factory in the state of South Carolina. I then contacted SAI located in the state of Illinois. SAI advised all its XD series pistols including the XDS are manufactured by HS Produkt in Croatia and imported into the U.S. by SAI. Based on my training and experience I am aware that relative to the date and place of manufacture, that both the rifle and pistol are firearms under the definition of Title 18 U.S.C. Chapter 44, Sec. 921 (a) (3) and manufactured outside of the State of Texas.

## CONCLUSION

59.     Based on the foregoing facts, there is probable cause to believe that:

•       on or about July 17, 2021, Mark Ryan Hauser, who has been previously convicted of a crime punishable by imprisonment exceeding one year, did knowingly possess a firearm, namely, a MIL SPORT AR-15 receiver bearing serial number MSA010756 and a Springfield Armory Inc (SAI)  model XDS pistol that traveled in interstate or foreign commerce in violation of Title 18 United States Code, Section 922 (g)(1)(A), Felon in Possession of a Firearm; and

•       on or about August 12, 2021, Mark Ryan Hauser, who has been previously convicted of a crime punishable by imprisonment exceeding one year, did knowingly possess a firearm, namely, a MIL SPORT AR-15 receiver bearing serial number MSA010756 that traveled in interstate or foreign commerce in violation of Title 18 United States Code, Section 922 (g)(1)(A), Felon in Possession of a Firearm

HANS C
MOMBERGER
Digitally signed by HANS
C MOMBERGER
Date: 2021.09.21
12:11:45 -05'00'

Hans C. Momberger
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to telephonically on this _21 st_ day of September, 2021, at, San Antonio, Texas.

HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE

13