FILED

October 20, 2021

CLERK, U S  DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____ MG

DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No: SA-21-CR-00455-XR** |
| **Plaintiff,** | |
| **v.** | |
| **MARK RYAN HAUSER,** | **INDICTMENT** |
| **Defendant.** | [Violation: **Counts One - Two**:  18 U.S.C. § 922(g)(1); Possession of Firearm by Felon; **Count Three**: 26 U.S.C. §§ 5841, 5861(c), and 5871; Possession of a Short Barreled Firearm **Notice of Forfeiture]** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## [18 U.S.C. § 922(g)(1)]

Beginning on or about July 13, 2021 and continuing until on or about September 24, 2021, in the Western District of Texas, the Defendant,

**MARK RYAN HAUSER,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Springfield XDS .45 pistol, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
## [18 U.S.C. § 922(g)(1)]

Beginning on or about July 17, 2021 and continuing until on or about August 12, 2021, in the Western District of Texas, the Defendant,

**MARK RYAN HAUSER,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, to wit: an American Tactical brand "Mil Sport" AR-15 rifle, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
**[26 U.S.C. §§ 5841, 5861(c), and 5871]**

On or about September 24, 2021, in the Western District of Texas, the defendant,

**MARK RYAN HAUSER**,

knowingly possessed a .300 caliber AR-15 style rifle having a barrel of less than 16 inches in length, which was a firearm made in violation of chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5822, 5861.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
**[*See* Fed. R. Crim. P. 32.2]**

### I.
**Firearms Violation and Forfeiture Statutes**
**[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the criminal violation set forth in Counts One and Two, the United States of America gives notice to Defendant **MARK RYAN HAUSER** of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

**Title 18 U.S.C. § 924. Penalties**

**(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

2

**II.**
**Unregistered Possession Violations and Forfeiture Statutes**
**[Title 26 U.S.C. § 5861(c), subject for forfeiture pursuant to Title 26 U.S.C. § 5872(a), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth in Count Three, the United States of America gives notice to the Defendant **MARK RYAN HAUSER** of its intent to seek the forfeiture of property, including the items listed below, upon conviction and as part of sentencing, pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states the following:

> **Title 26 U.S.C. § 5872.  Forfeitures**
> **(a) Laws applicable.**—Any firearm involved in any violation of the provisions of this chapter shall be subject to seizure and forfeiture . . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following properties:

**III.**
**Properties**

1.  Springfield Armory XDS .45 caliber pistol, **SN: S4124795**;
2.  .300 caliber Black out AR-15 Firearm**;**
3.  American Tactical brand "Mil Sport" AR-15 rifle receiver, **SN: MSA010756**;
4.  Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense, specifically including but not limited to Body Armor ,3d printed firearms, and 3d printed firearm accessories.

A TRUE BILL.

███████████████████████

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

_____

FOR WILLIAM LEWIS
Assistant United States Attorney

3